No. 1071, Misc. WHITE v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1072, Misc. LYON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 1073, Misc. MCALVAIN v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. *Gary K. Nelson,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for respondent.

No. 1075, Misc. STEPHENS v. FIELD, MEN's COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1081, Misc. GABRIEL ET VIR v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. *Richard W. Lowery* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for respondent.

No. 1082, Misc. JOHNSON v. SARD ET AL. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for respondents.

No. 1083, Misc. ORTEGA v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. Sup. Ct. Cal. Certiorari denied.

No. 1084, Misc. GROSS v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.